Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: 0.23%

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| Michael Lee Adkins, | Chapter No. 7 |
| Debtor. | |
| STATE OF OREGON, Acting by and through the Director of the Employment Department, | Case No. 15-62519-tmr7 |
| Plaintiff, | Adversary Proceeding No. 15-06093-tmr |
| v. | |
| Michael Lee Adkins, | DEFAULT JUDGMENT |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Entry of a Default Judgment. The Court has entered an Order of Default against Defendant. Further, it has reviewed the Complaint, Plaintiff's Statement of Costs and Disbursements, and all other relevant pleadings and files herein. Therefore, pursuant to Fed. R. Civ. P. 55(b)(2) (as made applicable by Fed. R. Bankr. P. 7055):

///

**Page 1 of 2** –DEFAULT JUDGMENT
EMP v. Adkins          MXG:mbr/CED6888582

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiff's claim, as evidenced by the Administrative Decision dated September 24, 2008, attached as Exhibit 1 to the Complaint, and plaintiff's distraint warrant recorded on September 23, 2009, at Recording No. 2009-16738, in the Linn County Clerk Lien Record, attached as Exhibit 2 to the Complaint, is excepted from Defendant's discharge pursuant to 11 U.S.C. § 523(a)(2);

2. Plaintiff is awarded judgment against Defendant for its costs and disbursements in the amount of $350.00, which shall bear interest at the applicable federal statutory rate; and

3. Plaintiff's judgment for costs and disbursements is excepted from Defendant's discharge pursuant to 11 U.S.C. § 523(a)(2).

# # #

Presented by:

/s/ Michael W. Grant
Michael W. Grant  #982404
Assistant Attorney General
Of Attorneys for Plaintiff
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail:  michael.w.grant@doj.state.or.us

cc:     Michael Lee Adkins
        40360 Upper Calapooia
        Sweet Home, OR 97386

        Adam Hanson
        Attorney at Law
        838 Commercial St. NE
        Salem, OR 97301

**Page 2 of 2** –DEFAULT JUDGMENT
 EMP v. Adkins                                                                                          MXG:mbr/CED6888582
**DEPARTMENT OF JUSTICE**
1162 Court Street NE
Salem, OR 97301-4096
PHONE:  (503) 934-4400

Case 15-06093-tmr    Doc 10    Filed 10/29/15